THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| T. J. GROUP INVESTMENTS, LLC, a Nebraska limited liability company, | ) ) ) ) | 4:06CV3131 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| ALPHA WOLFE, INC., a Nebraska corporation, and DAVID and SANDRA WOLFE, individuals, and ZESTO SHOP, INC., a Nebraska corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff has filed a Motion for Preliminary Injunction (filing 7). I shall order that Plaintiff's counsel schedule and initiate a telephone conference call between counsel for all parties and the undersigned United States district judge regarding Plaintiff's motion, during which the parties shall be prepared to address whether Plaintiff's motion for preliminary injunction and the trial on the merits shall be consolidated pursuant to Fed. R. Civ. P. 65(a)(2). Accordingly,

IT IS ORDERED that, after consultation with Defendants' counsel, Plaintiff's counsel shall contact the secretary for the undersigned United States district judge to schedule a telephone conference call between counsel for the parties and the undersigned United States district judge, during which the parties shall be prepared to address whether Plaintiff's motion for preliminary injunction and the trial on the merits shall be consolidated pursuant to Fed. R. Civ. P. 65(a)(2).

June 15, 2006.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge