THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| T. J. GROUP INVESTMENTS, LLC, a Nebraska limited liability company, | ) ) ) ) | 4:06CV3131 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| ALPHA WOLFE, INC., a Nebraska corporation, and DAVID and SANDRA WOLFE, individuals, and ZESTO SHOP, INC., a Nebraska corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff has filed a Motion for Preliminary Injunction (filing 7). In today's telephone conference call between counsel for all parties and the undersigned United States district judge, the parties agreed that the trial on the merits should be consolidated with the Plaintiff's motion for preliminary injunction pursuant to Fed. R. Civ. P. 65(a)(2). Accordingly,

IT IS ORDERED:

1. The Plaintiff's motion for preliminary injunction (filing 7) and the trial on the merits shall be consolidated pursuant to Fed. R. Civ. P. 65(a)(2) unless counsel subsequently advises the court otherwise; and

2. This matter shall be referred to Magistrate Judge Piester for normal progression.

June 29, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge