```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| T.J. GROUP INVESTMENTS, LLC, a Nebraska limited liability company, | ) ) ) ) | 4:06CV3131 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| ALPHA WOLFE, INC., a Nebraska corporation, and DAVID WOLFE and SANDRA WOLFE, individuals, and ZESTO SHOP, INC., a Nebraska corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

Counsel are given twenty days to meet and confer and file their Report of Planning Meeting pursuant to <u>Fed. R. Civ. P. 26(f)</u>.

DATED this 30th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge