IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| T.J. GROUP INVESTMENTS, LLC, a Nebraska limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>ALPHA WOLFE, INC., a Nebraska corporation, and DAVID and SANDRA WOLFE, individuals, and ZESTO SHOP, INC., a Nebraska corporation,<br><br>        Defendants. | 4:06CV3131<br><br>ORDER |

IT IS ORDERED:

The stipulation of the parties, filing 24, is granted. The deadlines for filing initial disclosures and motions to amend pleadings and/or add parties are extended for a period of twenty-one days.

DATED this 23rd day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge