THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| T.J. GROUP INVESTMENTS, LLC, a Nebraska limited liability company, | ) ) ) ) | 4:06CV3131 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **JUDGMENT** |
| ALPHA WOLFE, INC., a Nebraska corporation, and DAVID and SANDRA WOLFE, individuals, and ZESTO SHOP, INC., a Nebraska corporation, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| vs. | ) ) | |
| ZESTO, INC., a Missouri corporation, | ) ) ) | |
| Third-Party Defendant. | ) | |

Pursuant to the parties' joint stipulation and motion for dismissal with prejudice (filing 53) and Fed. R. Civ. P. 41,

IT IS ORDERED that the above-captioned case, including all claims, counterclaims, and third-party claims, is dismissed with prejudice, complete record and docket fee waived, and each party to bear his, her, or its own costs.

March 20, 2007.

                 BY THE COURT:
                 s/ *Richard G. Kopf*
                 United States District Judge